No. 88–2098. TOWNSHIP OF PARKS, PENNSYLVANIA *v.* BABCOCK & WILCOX CO. C. A. 3d Cir. Motion of Pennsylvania State Association of Township Supervisors et al. for leave to file a

brief as *amici curiae* granted.　Certiorari denied.